IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 95-00023 |
| | ) |
| PHILLIP THOMAS KERR, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the Court on a motion (Doc. 94) filed by the defendant, Phillip Thomas Kerr, to correct the Order entered by this Court on July 15, 2008, denying defendant's motion (Doc. 92) for a modification of his sentence. Upon consideration of the motion and all pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that the motion is due to be and is hereby **DENIED**.

The Court specifically concludes that, to the extent Kerr contends that his sentence is subject to "Amendment 599 Appx. C, effective date November 1, 2000, § 2K1.3(b)(3), § 2K2.4, and § 2K2.1(b)(5)" and that such an amendment of the United States Sentencing Guidelines ("U.S.S.G.") was made retroactive to his sentence, no such amendment **is applicable to his sentence**. Kerr essentially argues that under Amendment 599, as retroactively applied, the Court is not permitted to apply any "weapons enhancements" to his guideline calculations and sentence and thus must reduce his sentence to reflect the removal of the enhancement. The Court did not, however, impose any weapons

enhancements to Kerr's sentence.  Kerr's PSI Report clearly states:

> Because the defendant faces a mandatory, 10-year consecutive sentence for possession of an illegal firearm during a crime of violence, no adjustment is applicable regarding the possession or discharge of the firearm, pursuant to U.S.S.G. § 2K2.4, . . .

PSI Report at p. 6, ¶ 23.  There exists, therefore, no grounds for reduction of Kerr's sentence.  Consequently, the Order entered by this Court on July 15, 2008 (Doc. 93), as herein clarified, is due to be and is hereby **AFFIRMED.**

**DONE** this 11th day of August, 2008.

                                                  s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE